JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KOSOLCHAROEN,<br>Petitioner,<br>v.<br>BRYAN BIRKHOLZ,<br>Respondent. | No. CV 25-10751-RGK(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 8/20/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE